UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**Tamie Hollins**
individually and on behalf of all others similarly situated,

                                    Plaintiffs,

                    -against-

**Accurate Background, LLC.,**

                                    Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 4/10/2026 ___

**ORDER RE STATUS CONFERENCE**

*7:26-cv-423 NSR-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

        A Status Conference (via telephone) is hereby scheduled for **July 29, 2026  at 10:30 am.**

The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.  At the Status Conference, the parties should be prepared to discuss the following:

        (1) a brief summary of claims, defenses, and relevant issues;
        (2) the basis of subject matter jurisdiction;
        (3) the subjects on which discovery may be needed;
        (4) any anticipated discovery disputes or sought-after limitations on discovery;
        (5) any plans for electronic discovery and ESI protocols;
        (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
        (7) any anticipated motions; and
        (8) the prospects and timing for early settlement or resolution.


        **SO ORDERED.**

DATED:        White Plains, New York
                April 10, 2026


                                            _____
                                            VICTORIA REZNIK
                                            United States Magistrate Judge